IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DAPHNE NOBLE FREE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 9:20-CV-00190 |
| | § | JUDGE MICHAEL TRUNCALE |
| ALLSTATE INDEMNITY COMPANY, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the Court is the Parties' Joint Motion Advising Court of Complete Case Resolution. [Dkt. 113]. This Court previously entered an Order Granting Motion to Certify Class and Order of Final Judgment. [Dkt. 112]. Therein, the case was administratively closed, and the Parties were ordered to file a joint motion to permanently close the case or request to reopen the case to resolve any remaining matters. The Parties filed the present motion advising that the claims administration of this matter is concluded, and they now request that the matter be permanently closed.

In that regard, the Clerk is **INSTRUCTED** to permanently close this matter.

It is **ORDERED** that all attorney's fees and costs are to be borne by the Party incurring same, except as otherwise agreed between the Parties.

**SIGNED this 20th day of May, 2024.**

*[signature]*
Michael J. Truncale
United States District Judge